# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DAVID ECHEVERRIA, INDIVIDUALLY AND AS CHILD AND ADMINISTRATOR OF THE ESTATE OF DONNA DAY, DECEASED, | : <br> : <br> : <br> : <br> : | No. 388 WAL 2016 <br><br> Cross Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioner | : | |
| v. | : | |
| THOMAS HOLLEY, RENEE HOLLEY, AND TOBY HOLLEY, | : <br> : | |
| Respondents | : | |
| v. | : | |
| WILLIAM MEARKLE AND KIMBERLY MEARKLE, | : <br> : | |
| Respondents | : | |
| ROBIN R. VINEYARD, INDIVIDUALLY AND AS SPOUSE AND ADMINISTRATOR OF THE ESTATE OF TARA D. VINEYARD, DECEASED, | : <br> : <br> : <br> : | No. 389 WAL 2016 <br><br> Cross Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioner | : | |
| v. | : | |
| THOMAS HOLLEY, RENEE HOLLEY, AND TOBY HOLLEY, | : <br> : | |
| Respondents | : | |

v. :
:
:
WILLIAM MEARKLE AND KIMBERLY : 
MEARKLE, :
:
:
Respondents :

ELPIDIO SANTIAGO RAMIREZ, : No. 390 WAL 2016
INDIVIDUALLY AND AS PARENT AND :
ADMINISTRATOR OF THE ESTATE OF :
ANDRE RAMIREZ, DECEASED, : Cross Petition for Allowance of Appeal
: from the Order of the Superior Court
Petitioner :
:
:
v. :
:
:
:
THOMAS HOLLEY, RENEE HOLLEY :
AND TOBY HOLLEY, :
:
:
Respondents :
:
:
v. :
:
:
WILLIAM MEARKLE AND KIMBERLY :
MEARKLE, :
:
Respondents :

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of March, 2017, the Cross Petition for Allowance of Appeal is **DENIED**.